# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JULION NEAL MCGREW, | ) |
| | ) |
| Plaintiff, | ) No. |
| v. | ) |
| | ) JUDGE _____ |
| FOUR TOWER TRANSPORTATION, | ) MAGISTRATE JUDGE _____ |
| INC. and BUNDI B. BRONSON, | ) |
| | ) JURY DEMAND |
| Defendants. | ) |
| | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, Defendants, Four Tower Transportation, Inc. and Bundi B. Bronson, by counsel, files this Notice of Removal of this action from the Circuit County Court in Robertson County, Tennessee, where it is now pending, to the United States District Court for the Middle District of Tennessee based upon diversity of citizenship and an amount in controversy exceeding $75,000.00. The grounds for removal are as follows.

### Procedural Background

1. This action was commenced on or about March 4, 2019 by Plaintiff's filing of the Complaint in the Robertson County Circuit Court in Davidson County, Tennessee, Case No. 74CC1-2019-CV-74 (the "Complaint"). True and accurate copies of the pleadings filed in this action and summons and alias summonses are attached as Exhibit A.

2. The Complaint was served on Four Towers Transportation on March 8, 2019. Further, Mr. Bundi has not been served but consents to the removal of this action. The Notice of Removal is being filed within thirty (30) days after service of the Complaint in the matter; therefore, the removal is timely in accordance with 28 U.S.C. § 1446.

3. The Complaint contains allegations of negligence and negligence per se. Defendants would state that the amount in controversy exceeds $75,000.00, as the Plaintiffs have demanded over $235,000.00 in correspondence.

4. The Plaintiff is a citizen and a resident of Morgantown, Butler County, Kentucky.

5. The Defendant, Four Towers Transportation is a corporation organized under the laws of Florida, with its principal place of business in Miami, Florida. Mr. Bundi is a resident of Hollywood, Florida..

6. The United States District Court for the Middle District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the parties, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

7. A copy of this Notice of Removal is being served by U.S. mail on counsel for Plaintiffs, and a Notice of Filing of Notice of Removal is being filed with the Robertson County Circuit Court in Robertson County, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those notices are attached as Exhibit B.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

8. Defendants, Four Tower Transportation, Inc. and Bundi B. Bronson demand a jury to try this case.

WHEREFORE, Defendants, Four Tower Transportation, Inc. and Bundi B. Bronson pray this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to effect the removal of this case from the Robertson County Circuit Court in Robertson County, Tennessee to this Court.

Respectfully submitted,

LEWIS THOMASON


By: */s/ Christen C. Blackburn*
    Christen C. Blackburn, BPR #027104
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    (615) 259-1366

Attorneys for Defendants, Four Tower Transportation, Inc. and Bundi B. Bronson

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of April, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    Flora Templeton Stuart
    The Law Firm of Flora Templeton Stuart
    607 Last Tenth Street
    Bowling Green, KY 42101-6916

    */s/ Christen C. Blackburn*
    Christen C. Blackburn